*United States District Court for the Northern District of Illinois*

Case Number: __08C 50187__    Assigned/Issued By: __[signature]__

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☒ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Paid: _____    Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**

☒ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

**FILED AUG 2 8 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Original and __0__ copies on __8-28-08__ as to __deft__
(Date)

C:\wpwin80\docket\feeinfo.frm   01/01